UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:16 mj 437 (SLAM) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEFFREY PEARLMAN | : | October 7, 2016 |

**MOTION FOR PERMISSION TO FILE UNDER SEAL**

Counsel for Jeffrey Pearlman respectfully moves the Court for permission to file the attached document under seal.  Counsel represents that the document contains information that is confidential in nature.

WHEREFORE, counsel for the defendant respectfully moves the Court to seal the attached document, in order to preserve its confidential nature.

Respectfully submitted,

By:    */s/  James I. Glasser*
James I. Glasser
Federal Bar No. ct07221
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889
E-mail: jglasser@wiggin.com

## CERTIFICATION

I hereby certify that on October 7, 2016, a copy of the foregoing *Motion for Permission to File Under Seal* as to Jeffrey Pearlman was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail/e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                                    */s/ James I. Glasser*
                                                      James I. Glasser