UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:16 mj 437 (SLAM) |
| v. | : | **Filed Under Seal** |
| JEFFREY PEARLMAN | : | October 7, 2016 |

**CONSENT MOTION FOR CONTINUANCE OF
PROBABLE CAUSE HEARING**

Jeffrey Pearlman, by his undersigned counsel, respectfully requests a continuance of the probable cause hearing.

In support of this motion, Mr. Pearlman states as follows:

1. He was arrested pursuant to a criminal complaint, presented, and released on bond on September 29, 2016. Mr. Pearlman is charged with health-care related offenses pursuant to Title 42 U.S.C. §1320(a)-7(b)(2)(B).

2. Mr. Pearlman was released on conditions including, *inter alia,* posting a $200,000 Bond. Following the Court's release order, the Court scheduled a probable cause hearing for October 20, 2016 at 10:00 am.

3. Mr. Pearlman, his counsel, and government authorities have been engaged in ongoing discussion that may, potentially, lead to a pre-indictment resolution of this matter. Both government and defense counsel believe that continuing the probable cause hearing will further the interests of justice which interests outweigh the parties' and the public's interest in a speedy indictment in this matter.

**ORAL ARGUMENT NOT REQUESTED**

Accordingly, undersigned counsel moves for a continuance of the probable cause hearing for 45 days to November 21, 2016. Mr. Pearlman knows his rights under the relevant rules and statues and will waive those rights accorded him by the Speedy Trial Act, 18 U.S.C. 3161. A waiver of the Speedy Trial Act signed by Mr. Pearlman will be provided within 10 days. The interest of the public in a speedy trial is outweighed by the defendant's interest in a continuance of this matter. Government's counsel agrees to the relief sought by this motion.

WHEREFORE, defendant Jeffrey Pearlman respectfully requests that the probable cause hearing be re-scheduled to a date on or after November 21, 2016.

RESPECTFULLY SUBMITTED

By: /s/ James I. Glasser
James I. Glasser
Federal Bar No. ct07221
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
Tel: 203-498-4400
Fax: 203-782-2889
E-mail: jglasser@wiggin.com

## **CERTIFICATION**

I hereby certify that on October 7, 2016, a copy of the foregoing Consent Motion for Continuance of Probable Cause Hearing as to Jeffrey Pearlman was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail/e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ James I. Glasser*
James I. Glasser